UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| KAZONG LO, individually and on behalf of all others similarly situated, | Court File No. 0:19-cv-01401-PJS-BRT |
| Plaintiff, | |
| vs. | |
| ASIAN-AMERICAN HOME HEALTHCARE SERVICES, INC., | |
| Defendants. | |

_____

**DEFENDANT ASIAN-AMERICAN HOME HEALTHCARE SERVICES, INC.'S MOTION TO APPROVE SETTLEMENT AND DISMISS**
_____

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Rule 7.1 of the Local Rules of the District of Minnesota, 29 U.S.C. § 216(b), and upon the Motion of Defendant Asian-American Home Healthcare Services, Inc. (**"AAHHS"**), including AAHHS's Memorandum of Law, all supporting declarations, all of the files, records and proceedings herein, such evidence and argument as may be presented to the Court prior to the decision on this Motion, and all matters of which the Court may take judicial notice, AAHHS moves the Court for an Order approving the parties' settlement and for entry of judgment dismissing the Complaint in the above-entitled action, and all claims and requests for relief stated therein, in their entirety and with prejudice.

Dated:  December 3, 2019.

**TREPANIER MACGILLIS BATTINA P.A.**

By: *s/ V. John Ella*
_____
V. John Ella, Atty. Reg. No. 249282
*jella@trepanierlaw.com*
Nathan R. Snyder, Atty. Reg. No. 397693
*nsnyder@trepanierlaw.com*
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN  55415
Phone:  612.455.0500
Fax:  612.455.0501
www.trepanierlaw.com

**ATTORNEYS FOR DEFENDANT
ASIAN-AMERICAN HOME
HEALTHCARE SERVICES, INC.**