## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kazong Lo, | Civ. No. 19-1401 (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| Asian-American Home Healthcare Services, Inc., | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 8, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  April 30, 2020                              s/Patrick J. Schiltz
                                                   PATRICK J. SCHILTZ
                                                   United States District Judge