## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Kazong Lo | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 19-cv-1401-PJS-BRT |
| Asian-American Home Healthcare Services, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's Complaint is dismissed for lack of prosecution.

Date: 5/1/2020

KATE M. FOGARTY, CLERK

s/M. Giorgini

(By)   M. Giorgini, Deputy Clerk